JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENDERSON JOSE MOSQUERA ACURERO,<br><br>                    Petitioner,<br><br>          v.<br><br>TIM ROBBINS et al,<br><br>                    Respondent. | Case No. 5:26-cv-01616-MAR<br><br>JUDGMENT |

Pursuant to the Order Granting Petition, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**.

Dated: May 19, 2026

_____

HONORABLE MARGO A. ROCCONI
United States Magistrate Judge